**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JORGE LUIS MANUEL SEBASTIAN; EVARISTO JOSE QUIRINO; AND YUXING GAO,<br><br>Petitioners,<br><br>v.<br><br>JEREMY CASEY, *et al.*,<br><br>Respondents. | Case No. 26-cv-00306-BAS-AHG<br><br>**ORDER REQUIRING THE GOVERNMENT TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1)** |

On January 18, 2026, Petitioners Jorge Luis Manuel Sebastian, Evaristo Jose Quirino, and Yuxing Gao filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) Petitioners claim that they are being detained by Immigration and Customs Enforcement in violation of the immigration laws and the Central District's decision in *Maldonado Bautista v. Noem*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025). (*Id.*)

Having reviewed the Petition, the Court finds summary dismissal is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory,

26cv0306

palpably incredible, or patently frivolous or false.").  Therefore, the Court will order the Government to respond to the Petition.  Accordingly, the Court **ORDERS** as follows:

1.     The Government must file a response to the Petition no later than **January 30, 2026**.  The Government's response must address the allegations in the Petition and must include any documents relevant to the determination of the issues raised in the Petition.

2.     Petitioners may file a reply in support of their Petition no later than **February 6, 2026**.

3.     The Clerk of Court shall provide the Civil Division of the U.S. Attorney's Office with a copy of the Petition (ECF No. 1) and this Order.

    **IT IS SO ORDERED.**


**DATED: January 20, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

26cv0306